**PRIORITY SEND**

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. EDCV 12-00790 VAP (DTBx) Date: May 30, 2012

Title: FEDERAL HOME LOAN MORTGAGE CORPORATION *-v-* ERIC G. RODRIGUEZ, et al.

===============================================================

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS: MINUTE ORDER REMANDING ACTION TO THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO (IN CHAMBERS)

On May 16, 2012, pro se Defendants Eric and Veronica Rodriguez removed this unlawful detainer action from the California Superior Court for the County of San Bernardino. (See Not. of Removal (Doc. No. 1).) Defendants removed this action previously, on May 2, 2012, and the Court remanded it on May 10, 2012. See Minute Order, Fed. Home Loan Mortg. Corp. v. Rodriguez, No. 5:12-cv-00681-VAP (OPx), Doc. No. 6 (C.D. Cal. May 10, 2012) Not. of Removal, Rodriguez, No. 5:12-cv-00681-VAP (OPx), Doc. No. 1 (C.D. Cal. May 2, 2012). Defendants removed the action again a mere six days after this Court remanded it; they filed a substantially similar Notice of Removal, and offered no new basis for invoking the Court's

**EDCV 12-00790 VAP (DTBx)**
**FEDERAL HOME LOAN MORTGAGE CORPORATION v. ERIC G. RODRIGUEZ, et al.**
**MINUTE ORDER of May 30, 2012**

jurisdiction. Consequently, the Court REMANDS this matter to the California Superior Court for the County of San Bernardino for the same reasons set forth in its previous Minute Order.

Further, Defendants are hereby notified that any future unmerited removal of this action will result in the imposition of sanctions to include the payment of attorneys' fees expended by Plaintiff in moving for remand, in addition to a payment to the Court of $500.00.

**IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL -- GEN
Page 2
Initials of Deputy Clerk __md___